UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| H.D.N. CORPORATION; d/b/a CAR CARE TECH, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:12-CV-3723 |
| AUTOZONE TEXAS, L.P., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Opinion and Order entered on this day, it is hereby

**ORDERED** that **FINAL SUMMARY JUDGMENT** is **GRANTED** on all claims in favor of Defendant AutoZone Texas, L.P. and against Plaintiff H.D.N. Corporation d/b/a Car Care Tech. Plaintiff shall take nothing of Defendant, and shall pay all costs of action.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 9th day of September, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE